IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S & A TIRE AND AUTO, INC. d/b/a ELLISVILLE FIRESTONE, | ) ) ) |
| Plaintiff, | ) ) Case No. 4:16-CV-01180 DDN |
| v. | ) ) ) |
| A.U.L. CORP., | ) ) |
| Defendant. | ) ) |

*So ordered. DDN 2/2/17*

### STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff S&A Tire and Auto, Inc. d/b/a/ Ellisville Firestone, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismisses its case against Defendant A.U.L. Corp. with prejudice, with all parties to bear their own costs and attorney fees. Defendant A.U.L. Corp. stipulates to the dismissal.

| SCHULTZ & ASSOCIATES LLP | WEISS ATTORNEYS AT LAW, PC |
|---|---|
| By: */s/ Ronald J. Eisenberg* <br> Ronald J. Eisenberg, #48674MO <br> Robert Schultz, #35329MO <br> 640 Cepi Drive, Suite A <br> Chesterfield, MO 63005 <br> 636-537-4645 <br> Fax: 636-537-2599 <br> reisenberg@sl-lawyers.com <br> rschultz@sl-lawyers.com | By: */s/ James G. Nowogrocki* <br> James G. Nowogrocki, #38559MO <br> Morgan L. Taylor, #67750MO <br> 1015 Locust Street, Suite 400 <br> St. Louis, Missouri 63101 <br> (314) 588-9500 <br> (314) 588-9595 (facsimile) <br> jnowogrocki@weisslawstl.com <br> mtaylor@weisslawstl.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant A.U.L. Corp.* |

1